## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| | ) | |
| **IN RE:  YASMIN AND YAZ (DROSPIRENONE)** | ) | **3:09-md-02100-DRH** |
| **MARKETING, SALES PRACTICES AND** | ) | |
| **PRODUCTS LIABILITY LITIGATION** | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

*Maree Coats v. Bayer Corporation*                    No. 3:15-yz-00392-DRH-PMF

*Sarah Marie Butikofer, et al. v. Bayer Corporation, et al.*      No. 3:13-cv-10001-DRH-PMF

*Teffeny Collier-Wright v. Bayer Corporation*          No. 3:14-cv-10254-DRH-PMF

*Kandace Johnson Hall v. Bayer Healthcare*            No. 3:14-cv-10161-DRH-PMF
*Pharmaceuticals Inc.*

*Amber Norsworthy v. Bayer Healthcare*               No. 3:14-cv-10160-DRH-PMF
*Pharmaceuticals Inc.*

*Pearlie Wilson v. Bayer Healthcare*                 No. 3:14-cv-10238-DRH-PMF
*Pharmaceuticals Inc.*

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 16, 2016 and September 26, 2016, the

above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

**BY:   /s/*Caitlin Fischer***
**Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.09.27
16:57:58 -05'00'

APPROVED:

DISTRICT JUDGE
U. S. DISTRICT COURT